02-10-355-CV















 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00355-CV 

 

 


 
 
 In re Heritage Operating, L.P.
 d/b/a Metro LIft Propane of Dallas
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and emergency motion
for temporary relief and is of the opinion that relief should be denied.  Accordingly, relator’s petition for writ of
mandamus and emergency motion for temporary relief are denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

PANEL: 
DAUPHINOT, WALKER, and GABRIEL, JJ.

 

DELIVERED: 
October 15, 2010355-C











    [1]See
Tex. R. App. P. 47.4, 52.8(d).